**1**

Cecil M. PARRIS v. STATE. (No. 10749.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Jewell Abernathy, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for pandering; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

**2**

Earl ROOTS v. STATE. (No. 10260.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Eastland County; Elzo Been, Judge. Allen D. Dabney and E. A. Hill, both of Eastland, and Sam K. Wasaff, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of two years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted, and the appeal is ordered dismissed.

---

**3**

James E. ROSE v. STATE. (No. 10626.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Freestone County; J. R. Bell, Judge. Levi Herring, of Fairfield, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted, and the appeal is ordered dismissed.

---

**4**

Will SCHILLER v. STATE. (No. 10228.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Commissioners' Decision. Appeal from District Court, Milam County; John Watson. Judge. Paul Webb and E. A. Wallace, both of Cameron, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BAKER, J. The appellant was convicted in the district court of Milam county of unlawfully possessing equipment for the manufacture of intoxicating liquor, and his punishment assessed at four years in the penitentiary. The appellant has filed in this court his personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed, and after a careful examination of the same, and, finding said affidavit in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**5**

J. A. SHARP v. STATE. (No. 10389.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Young County; H. R. Wilson, Judge. H. F. Weldon, of Wichita Falls, and Binkley & Binkley, of Graham, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Since the filing of his motion for rehearing in this court, the appellant has filed a written motion, duly verified, requesting the dismissal of his appeal. The motion is granted, and the appeal is ordered dismissed.

---

**6**

L. D. SHELTON v. STATE. (No. 10666.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. See, also, 102 Tex. Cr. R. 126, 277 S. W. 663. Chaney & Dailey and Baskett & DeLee, all of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is manslaughter; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

---

**7**

Elzy SIMMONS v. STATE. (No. 10754.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. Mays & Mays, of Fort Worth, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Upon trial under an indictment charging assault with intent to murder, appellant was convicted of aggravated assault, and his punishment assessed at confinement in the county jail for one year. He now files his affidavit in this court, advising that he no longer desires to prosecute his appeal, and requesting that the same be dismissed. In compliance with such request, it is so ordered.